

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2018

No. 04-18-00494-CR

Rafael Waldi **HERNANDEZ**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0806
Honorable Steve Hilbig, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on October 3, 2018.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2018.

Keith E. Hottle, Clerk of Court